**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MALIK-YUSUF SHUKRAAN** **PLAINTIFF**
**ADC #179094**

**v.** **Case No: 4:26-cv-00397-LPR**

**PUCKETT** **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 11) and the Plaintiff's Objections (Doc. 13). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim on which relief may be granted. Plaintiff's Motion for Declaratory Judgment (Doc. 3) is DENIED as moot. The Clerk is directed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Two points are worth noting here. First, the Court has considered Plaintiff's Motion to Amend Complaint (Doc. 14), which was filed after the RD was entered. The Court finds that the proposed Amended Complaint fails to state a claim for the same reasons discussed in the RD. The Court therefore denies the Motion. Second, to the extent one could construe any of the Complaints to bring a claim concerning adequacy of clothing, none of the Complaints state enough facts to plausibly allege some type of constitutional violation concerning lack of clothing.