**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MALIK-YUSUF SHUKRAAN** **PLAINTIFF**
**ADC #179094**

**v.** **Case No: 4:26-cv-00397-LPR**

**PUCKETT** **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE